```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
DEBBIE TAPPIN,

                    Plaintiff,

    -against-                                    ORDER
                                                 12-CV-2016(JS)(AKT)
METROPOLITAN SUB. BUS (MTA),
PATRICIA BOWDEN, LOCAL 252,
NORMA PEREZ,

                    Defendants.
----------------------------------X
APPEARANCES:
For Plaintiff:      Debbie Tappin, Pro Se
                    47 Granada Avenue
                    Roosevelt, NY 11575

For Defendants:     No Appearances
```

SEYBERT, District Judge:

Before the Court is the Complaint of pro se plaintiff Debbie Tappin ("Plaintiff") filed pursuant to Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e-2000e-17, as amended, ("Title VII") against the defendants, Metropolitan Sub. Bus (MTA, Patricia Bowden, Local 252, and Norma Perez (collectively, the "Defendants"), accompanied by an application to proceed in forma pauperis. Upon review of the Plaintiff's declaration in support of her application, the Court finds that her financial status qualifies her to proceed without prepayment of the $350.00 filing fee. 28 U.S.C. §§ 1914(a); 1915(a)(1).

Accordingly, Plaintiff's request for permission to proceed in forma pauperis is GRANTED and the Court orders service of the Complaint without prepayment of the filing fee.

The Clerk of the Court is directed to forward to the United States Marshal for the Eastern District of New York copies of Plaintiff's Summons, Complaint and this Order for service upon the Defendants without prepayment of fees. Furthermore, the Clerk is directed to mail a copy of this Order to the Plaintiff.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: May 3, 2012
Central Islip, New York